IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-101-D |
| | ) | |
| MARVIN THOMAS | ) | |

## O R D E R

On July 20, 2005, defendant filed an Unopposed Motion to Continue Trial

(Doc. #24).  While the granting of a continuance is left to the sound discretion of

the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the

court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C.

§ 3161.  The Speedy Trial Act provides generally that the trial of a defendant in a

criminal case shall commence within 70 days of the latter of the filing date of the

indictment or the date the defendant appeared before a judicial officer in such

matter.  18 U.S.C. § 3161(c)(1).  *See United States v. Vasser*, 916 F.2d 624 (11th

Cir. 1990).

The Act excludes from this 70-day period any continuance that the judge

grants "on the basis of his findings that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial."

18 U.S.C. § 3161(h)(8)(A).

The motion states that the defendant is presently undergoing a psychological evaluation in a facility outside the Middle District of Alabama. Due to the defendant's treatment in this facility, counsel has been unable to investigate adequately, formulate trial strategy, and meet with Mr. Thomas. Consequently, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991) (reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the defendant's motion filed on July 20, 2005, is GRANTED;

2. That the trial of this defendant is continued from the August 1, 2005, trial term to the November 7, 2005, trial term;

3. That the Magistrate Judge conduct a pretrial conference prior to the November 7, 2005, trial term.

DONE this 25th day of July, 2005.

UNITED STATES CIRCUIT JUDGE