United States District Court
Middle District of Alabama
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA,    ]<br>                              ]<br>    Plaintiff,                ]<br>                              ]<br>    vs.                       ]     2:05-cr-101-LSC<br>                              ]<br>MARVIN THOMAS,                ]<br>                              ]<br>    Defendant.                ] | |

Order

Defendant filed a pro se motion to withdraw his guilty plea on September 20, 2006. This Court has considered the grounds asserted by the defendant and finds that they are without merit.

The pro se motion to withdraw his guilty plea is Denied.

Done this 21st day of September 2006.

                                        _____
                                        L. SCOTT COOGLER
                                        UNITED STATES DISTRICT JUDGE