IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. 2:05cr101-LCS |
| | ) | (WO) |
| MARVIN THOMAS | ) | |

**O R D E R**

On June 27, 2007 (Doc. No. 87), defendant Marvin Thomas filed in this court a document challenging the validity of his 2006 guilty plea for being a felon in possession of a firearm. A review of Thomas's allegations, to the extent they are understood by this court, indicates that he seeks relief that is appropriate only under the remedy provided by 28 U.S.C. § 2255.  Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open a civil action under 28 U.S.C. § 2255.

2. Docket the document that is currently docketed as Doc. No. 87 in Criminal Case No. 2:05cr101 in the newly opened civil action.

3. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

4. Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 12th day of July 2007.

/s/ L. Scott Coogler     2620
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE